ALLAN E. PERRY, ESQ. SBN 187568
LAW OFFICES OF ALLAN E. PERRY
242 S. Orange Avenue
Brea, California 92821
Telephone: (714) 529-7000

JS-6

Attorney for Plaintiff, SANDRA CURCI SILVESTRI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| SANDRA CURCI SILVESTRI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a Division of Wells Fargo Bank, N.A., and formerly known as Wachovia Mortgage, FSB, Formerly known as World Savings Bank, FSB; and DOES 1 to 100, inclusive,<br><br>Defendants. | [~~PROPOSED~~] ORDER<br><br>SACV 13-528-AG(JPRx)<br><br>ORDER DISMISSING CASE |

-1-
[PROPOSED] ORDER

1  Good cause appearing,

2  IT IS HEREBY ORDERED that Plaintiff, SANDRA CURCI SILVESTRI'S Complaint in
3  this matter shall be dismissed without prejudice.

4  IT IS SO ORDERED.

5  DATED: April 12, 2013

6  ~~Magistrate Judge~~/Judge of the Federal Court
   Andrew J. Guilford