1  ALLAN E. PERRY, ESQ. SBN 187568
   LAW OFFICES OF ALLAN E. PERRY
2  242 S. Orange Avenue
   Brea, California 92821
3  Telephone: (714) 529-7000

JS-6

4
   Attorney for Plaintiff, SANDRA CURCI SILVESTRI
5

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| SANDRA CURCI SILVESTRI, an individual, | [~~PROPOSED~~] ORDER |
| Plaintiff, | SACV 13-528-AG(JPRx) |
| vs. | ORDER DISMISSING CASE |
| WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a Division of Wells Fargo Bank, N.A., and formerly known as Wachovia Mortgage, FSB, Formerly known as World Savings Bank, FSB; and DOES 1 to 100, inclusive, | |
| Defendants. | |

-1-
[PROPOSED] ORDER

1 | Good cause appearing,

2 | IT IS HEREBY ORDERED that Plaintiff, SANDRA CURCI SILVESTRI'S Complaint in
3 | this matter shall be dismissed without prejudice.

4 | IT IS SO ORDERED.

5 | DATED: April 12, 2013

6 | ~~Magistrate Judge~~/Judge of the Federal Court
7 | Andrew J. Guilford